IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SPENCER T. MYERS,

        Petitioner,

v.                                              CIVIL ACTION NO.   3:13-17705
                                                       CRIMINAL NO.   3:00-00062

UNITED STATES OF AMERICA,

        Respondent.

## MEMORANDUM OPINION AND ORDER

       This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court deny Petitioner's Petition for Writ of Error *Audita Querela* (ECF No. 156), and remove this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Petitioner's Petition for Writ of Error *Audita Querela* (ECF No. 156), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendations.

       The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:       June 3, 2016

                                      _____
                                      ROBERT C. CHAMBERS, CHIEF JUDGE